IN RE R.A.

**[Cite as *In re R.A.,* 134 Ohio St.3d 350, 2012-Ohio-5500.]**

*Court of appeals' judgment affirmed on the authority of* In re M.W.

(No. 2011-1182—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from the Court of Appeals for Hamilton County, No. C-100635.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *In re M.W.*, 133 Ohio St.3d 309, 2012-Ohio-4538, 978 N.E.2d 164.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Sheryl A. Trzaska, Assistant Public Defender, for appellant.

_____